## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRANCISCO ROLON, ADMINISTRATOR OF THE ESTATE OF MARIA SANCHEZ-RODRIGUEZ | : | No. 282 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| TRYSTAN H. DAVIES, M.D., LANCASTER EMERGENCY ASSOCIATES, LTD., MATTHEW C. WIGGINS, M.D., LANCASTER RADIOLOGY ASSOCIATES, LTD., JOSEPH F. VOYSTOCK, M.D., SURGICAL SPECIALISTS OF LANCASTER, P.C. AND LANCASTER GENERAL HOSPITAL | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: JOSEPH F. VOYSTOCK, M.D. AND SURGICAL SPECIALISTS OF LANCASTER, P.C. | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.